**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER LYNN HANNIGAN REILLY, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANDREW SAUL, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 18-4826 |

**ORDER**

  **AND NOW**, this 17th day of October, 2019, for the reasons contained in the court's

Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review is **DENIED**.

**BY THE COURT**:

  */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge